# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN ZINN, <br><br> Plaintiff, <br><br> vs. <br><br> RELIASTAR LIFE INSURANCE COMPANY; HENRY MAYO NEWHALL MEMORIAL HOSPITAL GROUP LONG-TERM DISABILITY PLAN; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00846-AB-(JEMx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-00846-AB-(JEMx), is dismissed in its entirety as to all defendants, with prejudice. All dates set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 30, 2019

HONORABLE ANDRE BIROTTE, JR.
United States District Judge

170501.1

1     Case No. 2:19-cv-00846-AB-(JEMx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE